United States District Court
Southern District of Texas
**ENTERED**
October 04, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CONG CUI, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-26-4627 |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## ORDER OF DISMISSAL

On the plaintiffs' notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims asserted against the defendants in this case are voluntarily dismissed without prejudice. (Docket Entry No. 9). Each party is to bear its own costs, expenses, and attorneys' fees.

SIGNED on October 2, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge